**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2102**

LOKESH BABU VUYYURU,

       Plaintiff - Appellant,

    v.

WELLS FARGO BANK NATIONAL ASSOCIATION, as Trustee for Option
One, Mortgage Loan Trust 2003-4, Asset-Backed Certificates,
Series 2003-4; OCWEN LOAN SERVICING, LLC,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:15-cv-00598-HEH)

Submitted:  March 14, 2017       Decided:  March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lokesh Babu Vuyyuru, Appellant Pro Se.  Andrew Brian Pittman,
TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lokesh Babu Vuyyuru seeks to appeal the district court's order denying reconsideration of its previous order dismissing Vuyyuru's amended complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 22, 2016. The notice of appeal was filed on September 22, 2016, one day after the 30-day appeal period expired. Because Vuyyuru failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED